[Docket No. 1]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

In the matter of

Peter Richmond,

        Debtor.

Civil No. 07-5417 (RMB)

**ORDER**

This matter having come before the Court on appeal by Marina District Development Co., LLC, t/a Borgata; and the Court having reviewed the papers submitted by the parties; and for the reasons set forth in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the appeal is **DENIED** and the Clerk is directed to close the file.

Dated: <u>February 29, 2008</u>      <u>s/Renée Marie Bumb</u>
                                   RENÉE MARIE BUMB
                                   UNITED STATES DISTRICT JUDGE